IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
OCT - 4 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05CR238-F |
| | ) | [21 USC 841(a)(1)] |
| JOSHUA HUGHEY | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about April 9, 2004, in Phenix City, Alabama, within the Middle District of Alabama,

JOSHUA HUGHEY,

defendant herein, did knowingly and intentionally distribute approximately 7.0 grams of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

That on or about April 20, 2004, in Phenix City, Alabama, within the Middle District of Alabama,

JOSHUA HUGHEY,

defendant herein, did knowingly and intentionally distribute approximately 7.0 grams of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

That on or about April 27, 2004, in Phenix City, Alabama, within the Middle District of Alabama,

JOSHUA HUGHEY,

defendant herein, did knowingly and intentionally distribute approximately 29 grams of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

That on or about April 27, 2004, in Phenix City, Alabama, within the Middle District of Alabama,

JOSHUA HUGHEY,

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 204.5 grams of cocaine, and approximately 206 grams of marijuana, Schedule II and Schedule I Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
TERRY F. MOORER
Assistant United States Attorney

2