⚖AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JOSHUA HUGHEY
3976 Auburn Road
Phenix City, Alabama

## WARRANT FOR ARREST

Case Number: 3:05cr238-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Joshua Hughey__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)
Controlled substance act

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

Signature of Issuing Officer

__Clerk, U. S. District Court__
Title of Issuing Officer

October 5, 2005 - Montgomery, Alabama
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |