CLOSED

# U.S. District Court
## Southern District of Georgia (Augusta)
### CRIMINAL DOCKET FOR CASE #: 1:06-mj-00040-WLB-ALL
### Internal Use Only

Case title: USA v. Hughey  
Other court case number: 3:05cr238-F M/D of Alabama

Date Filed: 10/10/2006

Assigned to: Magistrate Judge W. Leon Barfield

**Defendant**

**Joshua Blake Hughey** (1)  represented by  **Debra Morse Bryan**  
563 Greene St.  
Augusta, GA 30901  
706/722-0912  
Fax: 706/722-0964  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F | |

**Plaintiff**

USA    represented by  **Joshua S. Weimer**  
U.S. Attorney's Office

P.O. Box 2017  
Augusta, GA 30903  
706/724-0517  
Fax: 706/724-7728  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2006 |  | Arrest (Rule 40) of Joshua Blake Hughey (Entered: 10/16/2006) |
| 10/12/2006 | 1 | NOTICE OF HEARING as to Joshua Blake Hughey Initial Appearance - Rule 40 set for 10/17/2006 10:00 AM in Augusta - 1st Floor before Magistrate Judge W. Leon Barfield. (ljf) (Entered: 10/23/2006) |
| 10/17/2006 | 2 | CJA 20 as to Joshua Blake Hughey: Appointment of Attorney Debra Morse Bryan for Joshua Blake Hughey. . Signed by Judge W. Leon Barfield on 10/16/06. (ljf) (Entered: 10/23/2006) |
| 10/17/2006 | 3 | Minute Entry for proceedings held before Judge W. Leon Barfield :Initial Appearance in Rule 5(c)(3) Proceedings as to Joshua Blake Hughey held on 10/17/2006; Deft waived identity and peliminary hearing; Court orders deft detained and transported to Alabama. (Court Reporter FTR.) (ljf) (Entered: 10/23/2006) |
| 10/18/2006 | 4 | CJA 23 Financial Affidavit by Joshua Blake Hughey (ljf) (Entered: 10/23/2006) |
| 10/18/2006 | 5 | WAIVER of Rule 5(c)(3) Hearing by Joshua Blake Hughey (ljf) (Entered: 10/23/2006) |
| 10/18/2006 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Joshua Blake Hughey. Defendant committed to M/D of AL. . Signed by Judge W. Leon Barfield on 10/17/06. (ljf) (Entered: 10/23/2006) |
| 10/20/2006 | 7 | ORDER granting Govt's Motion for Temporary Detention as to Joshua Blake Hughey . Signed by Judge W. Leon Barfield on 10/20/06. (ljf) (Entered: 10/23/2006) |
| 10/20/2006 |  | TERMINATE CASE (ljf) (Entered: 10/23/2006) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA                                      N O T I C E

v.                                                            1:06-MJ-00040

JOSHUA HUGHEY

___

__X__   TAKE NOTICE that a proceeding in the above civil action has been set for the place, date and time set forth below:

___

DATE AND TIME:   TUESDAY, OCTOBER 17, 2006 AT 10:00 A.M.

**Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted.**

___

PLACE:

UNITED STATES DISTRICT COURTHOUSE
600 JAMES BROWN BOULEVARD (Corner of 8th and Telfair Streets)
AUGUSTA GA 30901

___

TYPE OF PROCEEDING  - RULE 40 REMOVAL HEARING

___

DATE:  October 12, 2006

TO:
Magistrate Judge Barfield
U. S. Attorney
U. S. Marshal
U.S. Probation
CJA Attorney

[I hereby certify that on the above date notices were transmitted by fax or personally delivered to the named copy recipients]

SCOTT POFF
CLERK OF COURT

BY: /s/ Lisa Widener
LISA WIDENER, COURTROOM DEPUTY CLERK
706 849-4404

| 1. CIR./DIST./DIV. CODE GAS | 2. PERSON REPRESENTED HUGHEY, JOSHUA | | | VOUCHER NUMBER |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER 1:06-000040-001 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. HUGHEY | 8. PAYMENT CATEGORY Felony | 9. TYPE PERSON REPRESENTED Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions) Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)    If more than one offense, list (up to five) major offenses charged, according to severity of offense
1) 21 841G=ND.F -- NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS<br>BRYAN, DEBRA M.<br>563 GREENE STREET<br>AUGUSTA GA 30901<br><br>Telephone Number: (706) 722-0912 | 13. COURT ORDER<br>[X] O Appointing Counsel    [ ] C Co-Counsel<br>[ ] F Subs For Federal Defender    [ ] R Subs For Retained Attorney<br>[ ] P Subs For Panel Attorney    [ ] Y Standby Counsel<br>Prior Attorney's Name: _____<br>Appointment Date: _____<br>[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or<br>[ ] Other (See Instructions) |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)<br>DEBRA M. BRYAN<br>563 GREENE STREET<br>AUGUSTA GA 30901 | Signature of Presiding Judicial Officer or By Order of the Court<br>10/16/2006<br>Date of Order            Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.    [ ] YES    [ ] NO |

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE    FROM _____ TO _____
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS    [ ] Final Payment    [ ] Interim Payment Number _____    [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?    [ ] YES    [ ] NO    If yes, were you paid?    [ ] YES    [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?    [ ] YES    [ ] NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____    Date: _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

2.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

CASE NO. 1:06mj00040

M I N U T E S

COUNSEL:

UNITED STATES OF AMERICA

JOSHUA WEIMER (AUSA)

V.

_____ (CJA) (Retained)

JOSHUA HUGHEY

DEBRA MORSE BRYAN (CJA)

_____ (CJA) (Retained)

DEFENDANT(S)

ALSO PRESENT:

LISA WIDENER         COURTROOM DEPUTY
LORI HIGHSMITH       PRETRIAL SERVICES/PROBATION
Dan Mahoney          SECURITY
FTR CD: 1

**DATE:** October 17, 2006

PLACE AUGUSTA

BEG> 10:06 am END> 10:15 am
TIMES

**DATE OF ARREST:**

Case called this date for **INITIAL APPEARANCE/Rule 40 Removal Hearing** with all parties being present and announced ready to proceed.

(X) Defendant waived Identity hearing and preliminary hearing.

Court orders that the Defendant be temporary detained pending transfer to Alabama.

(X) Remanded to custody of U. S Marshal    JAIL FACILITY: ( ) MCDUFFIE CO. JAIL  ( ) EMANUEL CO. JAIL

( ) DETENTION HEARING HELD    ( ) SCHEDULED:

3.

| Time | Speaker | Note |
|---|---|---|
| 10:06:15 AM | | 1:06MJ00040   USA vs. Joshua Hughey |
| 10:06:38 AM | | Rule 40 Removal Hearing |
| 10:06:58 AM | | Joshua Weimer - Attorney for Govt |
| 10:07:31 AM | | Debra Morse Bryan - Appointed Attorney for Deft. |
| 10:09:17 AM | Judge Barfield | Review of charges and rights with Defendant and Atty Bryan |
| 10:10:51 AM | Mr.Weimer | Gov't would like to defendant detained |
| 10:16:38 AM | | Deft detained pending transfer to Alabama |

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 OCT 18 P 5: 41
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA
V.
JOSHUA HUGHEY

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 1:06-MJ-00040

I, __JOSHUA HUGHEY__, understand that in the __MIDDLE__ District of __ALABAMA__, charges are pending alleging violation of __21:841(a)(1)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(✓) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

10-18-06
Date

_____
Defense Counsel

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV
2006 OCT 18 A 10:18
CLERK [signature]
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| JOSHUA HUGHEY | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3:05cr238-F | 1:06mj00040 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☑ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  21  U.S.C. §  841(a)(1)

**DISTRICT OF OFFENSE**  Middle District of Alabama

**DESCRIPTION OF CHARGES:**
Controlled Substance Act

ATTEST: A TRUE COPY
10/20, 2006
[signature]
Deputy Clerk

**CURRENT BOND STATUS:**
☐ Bail fixed at ____ and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☑ CJA Attorney  ☐ None

**Interpreter Required?** ☑ No  ☐ Yes  Language: ____

SOUTHERN DISTRICT OF GEORGIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/17/06
Date

[signature] W. Leon Barfield
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

6.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | 1:06-MJ-0040 |
| JOSHUA HUGHEY | ) | (M/D of AL No: 3:05-cr-238-F) |

ORDER

Defendant JOSHUA HUGHEY came before the court for Removal Hearing as a result of his arrest based on a warrant issued in the Middle District of Alabama, Eastern Division. At the hearing held on October 17, 2006 pursuant to Fed.R. Crim.P. 40, defendant JOSHUA HUGHEY waived his right to an identity and preliminary hearing.

IT IS THEREFORE ORDERED that the Government's motion for temporary detention is GRANTED, and defendant is ordered held to answer the pending charges in Alabama and remanded to the custody of the United States Marshal for immediate transportation to the Middle District of Alabama for formal bond hearing.

SO ORDERED this 20th day of October, 2006.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

ATTEST: A TRUE COPY
10/20, 2006
Deputy Clerk