# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: _____

DIGITAL RECORDING: 4:00 – 4:12 pm
4:13 – 4:15 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd          DEPUTY CLERK: sql

CASE NO.: 3:05CR238-MEF              DEFT. NAME: Joshua HUGHEY

USA: Moorer                          ATTY: Walker

Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO
(X) Stand In ONLY  Ron Wise

USPTSO/USPO: Martin

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES  NAME: _____

---

- [x] kars.   Date of Arrest 10- _____ or  [ ] karsr40
- [x] kia.    Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl.  Deft. First Appearance with Counsel
- [ ]         Deft. First Appearance without Counsel
- [ ]         Requests appointed Counsel    [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff. Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]         Deft. Advises he will retain counsel. Has retained _____
- [ ]         Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]         Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- [x] kocondrls. Release order entered. Deft. advised of conditions of release
- [x] kbnd.   [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
              [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- [ ]         Preliminary Hearing [ ] Set for _____
- [ ] ko.     Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]         Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [x] karr.   ARRAIGNMENT SET FOR: _____ [x] HELD. Plea of **NOT GUILTY** entered.
              [x] Set for 3-12-0 Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
              DISCOVERY DISCLOSURES DATE: 11-2-06
- [ ] krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. Identity/Removal Hearing set for _____
- [ ] kwvspt  Waiver of Speedy Trial Act Rights Executed