**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 3, 2006

## NOTICE OF DEFICIENCY

**To:** Attorney Ron Wise

**From:** Clerk's Office

**Case Style:  U.S.A. vs. Joshua Hughey**

**Case Number:  3:05cr238-MEF**

**Referenced Pleading:   Notice of Appearance, Document #10**

**The above mentioned document does not contain your electronic signature for filing.  Please re-file corrected Notice of Appearance containing your electronic signature as soon as possible.**