# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR. NO. 3:05cr238-MEF |
| | ) |
| JOSHUA HUGHEY, | ) |
| | ) |

## NOTICE OF APPEARANCE

COMES NOW Ronald W. Wise, attorney at law, and files herein his Notice of Appearance as counsel for Joshua Hughey.

Counsel, in making his appearance, requests:

1.  That all notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2.  That name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the 3rd day of November, 2006.

/s/RONALD W. WISE
Bar No. WISER0904
Attorney for Joshua Hughey
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

## CERTIFICATE OF SERVICE

      I do hereby certify that I have served a copy of the above upon the office of Terry Moorer, Assistant United States Attorney, 1 Court Square, Suite 201, Montgomery, Alabama 36104, by placing a copy of same in the United States Mail, postage pre-paid and properly addressed on this the 3rd day of November, 2006.

                                              /s/ Ronald W. Wise