AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JOSHUA HUGHEY

**NOTICE**

CASE NUMBER: 3:05cr238-MEF

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

PRETRIAL CONFERENCE

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom 5B | January 12, 2007 @ 11:00 before Mag Judge Boyd | January 12, 2007 @ 3:00 p.m. before Mag. Judge Walker |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

December 12, 2006
DATE

*/s/ Joyce Taylor*
(BY) DEPUTY CLERK

TO: