| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 12, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:11 - 3:12 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:05cr238-MEF | **DEFENDANT(S)** Joshua Hughey |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Stephen Feaga | * | Ron Wise |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Notice of intent to change plea to be filed on or before noon on 2/28/07

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**
   Mr. Wise states motion to continue trial will be filed next week.
   Government will not oppose the motion.