IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CR NO. 3:05-cr-238-MEF |
| | ) | |
| JOSHUA HUGHEY | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Stephen P. Feaga, Sr., as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Terry F. Moorer.

Respectfully submitted this the 17th of January, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga, Sr.
STEPHEN P. FEAGA, SR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
steve.feaga@usdoj.gov

**MOTION GRANTED**

THIS 18th DAY OF January, 2007

_____
UNITED STATES MAGISTRATE JUDGE