IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CASE NO. CR. NO. 3:05cr238-MEF |
| ) | |
| JOSHUA HUGHEY, ) | |
| ) | |

### MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Joshua Hughey, by and through his attorney of record and respectfully asks this Honorable Court to continue the trial of this matter, currently scheduled for March 12, 2007 to a later date and for grounds would show as follows:

1. That this is the first continuance requested by the Defendant.

2. That the below signed attorney needs more time in which to adequately review the discovery in this matter.

3. That the Honorable Stephen Feaga, Assistant United States Attorney, has no objection to said continuance.

4. That no harm or prejudice will be done to the Defendant or the Government and that the interest of justice will be served if this Motion is granted.

WHEREFORE THE PREMISES considered the below signed attorney respectfully asks this Honorable Court to continue the trial of this matter to a later date convenient to this Honorable Court.

RESPECTFULLY SUBMITTED this the 14th day of February, 2007.

/s/RONALD W. WISE
Bar No. WISER0904
Attorney for Joshua Hughey
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
Phone: (334) 260-0003
Fax: (334) 260-8005
E-Mail: ronwwise@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Honorable Stephen Feaga, Assistant United States Attorney.

/s/ Ronald W. Wise