IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR. NO. 3:05cr238-MEF
)
JOSHUA HUGHEY, )
)

**WAIVER OF RIGHT TO SPEEDY TRIAL**

The undersigned Defendant, Joshua Hughey, after being advised of his right to a speedy trial as guaranteed him by the Sixth Amendment to the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial to the trial term of July 9, 2007.

2-15-07
DATE

Joshua Hughey

RONALD W. WISE, WIS0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
e-mail: ronwwise@aol.com

Attorney for Defendant
Joshua Hughey