IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR. NO. 3:05cr238-MEF |
| | ) |
| JOSHUA HUGHEY, | ) |
| | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, Joshua Hughey, by and through his attorney of record, and hereby notifies this Honorable Court that he intends to withdraw his plea of not guilty and enter a plea of guilty.

RESPECTFULLY SUBMITTED this the 14th day of June, 2007.

/s/ **Ronald W. Wise**
Bar Number: WISER0904
Attorney for Joshua Hughey
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

**CERTIFICATE OF SERVICE**

I do hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christa D. Deegan, Assistant United States Attorney.

/s/ Ronald W. Wise