IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-238-MEF |
| | ) | |
| JOSHUA HUGHEY | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Christa D. Deegan as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Stephen P. Feaga and former Assistant United States Attorney Terry F. Moorer.

Respectfully submitted this the 15th day of June, 2007.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            /s/Christa D. Deegan
                                            CHRISTA D. DEEGAN
                                            Assistant United States Attorney
                                            One Court Square, Suite 201
                                            Montgomery, AL 36104
                                            Phone: (334)223-7280
                                            Fax: (334)223-7135
                                            E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-238-MEF |
| | ) | |
| JOSHUA HUGHEY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ronald Wise, Esquire.

Respectfully submitted,

/s/Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christa.d.deegan@usdoj.gov

-2-