IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CR. NO. 3:05cr238-MEF |
| ) | |
| JOSHUA HUGHEY ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney J.B. Perrine as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Christa D. Deegan.

Respectfully submitted this the 24th day of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov

**MOTION GRANTED**

THIS 24th DAY OF October, 20 07

_____
UNITED STATES MAGISTRATE JUDGE