IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR. NO. 3:05cr238-MEF |
| | ) |
| JOSHUA HUGHEY, | ) |
| | ) |

### CHARACTER LETTERS

COMES NOW the Defendant, Joshua Hughey, by and through his attorney of record and submits the attached Character Letters in reference to his sentencing set for October 30, 2007 at 9:00a.m.

RESPECTFULLY SUBMITTED this the 26th day of October, 2007.

/s/ **Ronald W. Wise**
Bar Number: WISER0904
Attorney for Joshua Hughey
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

### CERTIFICATE OF SERVICE

I do hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to J. B. Perrine, Assistant United States Attorney.

/s/ Ronald W. Wise