Judge Fuller

I am writing in reference to Josh Hughey. Josh has been employed with Gold's Gym since October 2007. I have known him since then and have seen him progress in our industry, beginning as an entry level Fitness Consultant. Through his hard work and maturity, he has advanced to the position of morning manger. Josh is very coachable, and has shown his desire, dedication, and enthusiasm in our field, desirable quality's that are hard to find in someone his age.

Like any young man in these days, there are challenges. Here at Gold's Gym, Josh has reached and surpassed goals that have been assigned to him and proven himself as a success and someone that will likely excel in any future endeavors.

If I can be of assistance feel free to contact me at 706-653-1444.

Sincerely,

*Dawin Rivera*
9/11/07
706 536 1228

David S. Wilson  
Director of Operations  
Phenix City, Schools  
1212 Ninth Avenue  
Phenix City, AL 36867

Dear Judge Fuller,

I am David Wilson, the youth pastor at Union Grove Baptist Church in Opelika, Alabama. I am also the Director of Operations for the Phenix City Schools. I am writing you on behalf of Josh Hughey. I have known Josh for several years. I was the assistant principal at Central High School when Josh was in high school. Josh has made some mistakes in his life; however, he has come face to face with his past mistakes and has made an about face. In Josh Hughey's case the justice system has worked. He has been rehabilitated and is currently functioning as successful contributor to society. He is an active member of North Highland Assembly of God and has been employed at Gold's Gym since October of 2007. Josh has a passion for personal training and does an excellent job working with individuals to improve their personal health. This young man has a bright future and has been able to overcome the mistakes of his past. I know that Josh has left his old lifestyle and wants nothing more than to work hard and be a successful member of society. I plead with you to explore every option available to you when rendering a decision about this young man's life. His road to recovery is well underway and many lessons learned. I do not believe that returning him to a correctional facility is what is best for Josh nor is it what is best for this community. Josh has a loving family that is supportive and will go to all links to ensure his well being. Please give his family, his church and his community the opportunity to help him in his future success. I believe that God's hand is on this young man and that the desires of his heart are changed forever. Josh's success is no longer defined by what man thinks about him, but what His Lord and Savior Jesus Christ thinks about him. I thank you for the tremendous responsibility and service you provide as a judge. I know you see many things and most of them bad; however, this is a situation were the foundations and beliefs of our penile system have been successful and have brought about the change in an individual that is intended. Again, please allow Josh to have the freedom to continue this success. Josh is a fine young man and will develop into a pillar of society if we simply allow him to continue to grow and excel. Thank you for your time and commitment to this great nation. May God bless you in all your decisions.

Yours in Christ,

*[signature]*

David Wilson

Milton Sills                                                                    09/01/2007
1031 Sugar Mill Drive
Columbus, GA 31909
(706)358-6984

Reference Letter: Josh Huey

To Whom It May Concern:

    Over the past two years, I've had the pleasure of getting to know Josh Huey. I met Josh through Gold's Gym where he is employed. My initial opinion of Josh was that he was a sharp and kind young man. After we became friends, Josh open up and informed me of his past indiscretions. He told me he used to sell drugs, but all of that was behind him now. Having worked in the law enforcement field for several years and being in the military for 13 years, I heard that song and dance before; but Josh's case was a little different. Josh hit a point in his life, where he knew what he was doing was wrong. However, when Josh decided to go straight and start a new life, he did not know that he was set up in a sting operation for selling drugs to an undercover informant, prior to that.

    After finding out that he would be charge for selling drugs, Josh's worst nightmare; he could have easily continued doing the same thing or run from the charges. Josh chose not to do that. I spoke with Josh and told him, "Sometimes we have to pay for our transgressions, even after we've made a pact with ourselves to quit doing those things." I have met very few people in my life who takes responsibility for their actions more so than Josh. Josh is involved with church and surrounded himself with new friends, one of those being my 18 year old son. I never had a concern of allowing my son Blake to befriend Josh. Josh is a very talented young man who is not shy about his past history of indiscretions. Josh tells my son repeatedly, "drugs and that life of crime is no way to go."

    I am unsure of the federal guidelines for sentencing; however, be assured Josh is not someone who will repeat this type of offense or any other crime. Please take leniency in his sentencing and know that we have a young man who can be a powerful voice to the problems of our youth, both using and selling drugs. Again, Josh is a good young man and I feel it is in the best interest of our community to sentence him to the minimum sentence or probation, so he can continue working with our youths to prevent them from going down the less than desirable road that he chose to travel.

    If you have any questions with my reference or recommendation, please feel free to contact me. As a father, I am the biggest opponent to drugs who you will ever find. I know what drugs can do to the future of bright young men and women like Josh. Please take leniency and know together that we have done the right thing for our community and a young man who will go on to do great things.

Sincerely,
Milton Sills