IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 3:05cr238-MEF |
| ) | |
| JOSHUA HUGHEY ) | |

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
### FOR SUBSTANTIAL ASSISTANCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to Federal Rule Criminal Procedure 11(c)(1)(C) and Section 5K1.1 of the advisory United States Sentencing Guidelines, respectfully requests this Honorable Court to depart downwardly in the sentence that would otherwise be imposed on Defendant, and as reasons therefore, submits the following:

1. The United States herein states that Defendant has provided substantial assistance in the investigation of individuals who were involved in controlled substances offenses within the Middle District of Alabama and elsewhere.

2. The United States submits that Defendant has at all times been truthful with federal, state, and local investigators.

3. Soon after his arrest, Defendant indicated his willingness to cooperate with law enforcement and the United States Attorney's Office in the prosecution of cases involving controlled substances. After his arrest, Defendant provided statements to law enforcement officers detailing his knowledge of individuals involved with the distribution of controlled substances in the Middle District of Alabama and elsewhere.

4. As part of his cooperation and assistance, Defendant has been ready, willing, and able

to testify before any grand jury, trial and/or sentencing of those individuals he assisted law enforcement in investigating in the Middle District of Alabama and elsewhere.

5   Defendant's cooperation and assistance have facilitated and assisted law enforcement officers' efforts to investigate individuals involved with controlled substances offenses about whom the officers had little or no information prior to Defendant's agreement to cooperate. Law enforcement officers have found Defendant's information to be helpful in their investigation of controlled substance offenses in the Middle District of Alabama and elsewhere.

6   As part of the plea agreement, Defendant has waived his right to appeal and/or collaterally attack the sentence imposed in this case.

WHEREFORE, premises considered, the United States moves this Honorable Court for a downward departure of two levels from Defendant's advisory guidelines offense level.

WHEREFORE, the United States respectfully requests that this Motion be granted.

Respectfully submitted this the 29th day of October, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov
ASB 9077 E31J

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:05cr238-MEF |
| | ) |
| JOSHUA HUGHEY | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

Respectfully submitted,

/s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jb.perrine@usdoj.gov
ASB 9077 E31J

-3-