AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: JOSHUA HUGHEY
CASE NUMBER: 3:05CR238-MEF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Twenty six (26) months.**

X The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**
   **The Court further recommends that defendant be placed in a facility as near to Montgomery, Alabama as defendant would qualify through the Bureau of Prisons.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   X before 2 p.m. on  **1/8/2008**
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

RECEIVED 2008 JAN 16 A 11: 17 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

RETURNED AND FILED JAN 17 2008 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant V/S delivered on  **1-8-2008**  to  **FCC Coleman-Low**
at  **Coleman, FL** , with a certified copy of this judgment.

_Mary M. Mitchell, Warden_
UNITED STATES MARSHAL

By _M. Rudack LTE_
DEPUTY UNITED STATES MARSHAL